DUNN & PANAGOTACOS LLP
CONSTANTINE PANAGOTACOS (SBN 238557)
369 Pine Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 982-2100
Facsimile: (415) 982-2119

Attorneys for Plaintiff
TODD STEVENSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD STEVENSON,<br><br>            Plaintiff,<br><br>      vs.<br><br>COSTCO WHOLESALE CORPORATION<br><br>            Defendants. | Case No.: 20-cv-02680-HSG<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE; ORDER**<br><br>The Judge Haywood Gilliam, Jr.<br>Action Filed:   February 25, 2020<br>Removed:        April 17, 2020 |

## STIPULATION

The parties to this action, by and through their respective attorneys of record, respectfully submit the following Stipulation for Dismissal of Entire Case:

WHEREAS, Plaintiff initiated this lawsuit on February 25, 2020;

WHEREAS, on April 17, 2020 Costco Wholesale Corporation ("Costco") removed this matter to the Northern District of California;

WHEREAS, on May 29, 2020 this matter was assigned to the Honorable Haywood S. Gilliam, Jr. in the Oakland Division for all proceedings;

WHEREAS, the parties attended mediation with Lauren Tate of Judicare West on November 20, 2020, wherein the matter was resolved;

WHEREAS, the parties agreed to stipulate to a dismissal of the entire action, with each

party bearing its own costs.

**IT IS SO STIPULATED.**

DATED: December 22, 2020        DUNN & PANTAGOTACOS, LLP

                                By:    */s/*
                                      Constantine M. Panagotacos

                                Attorneys for Plaintiff TODD STEVENSON

DATED: December 22, 2020        SEVERSON & WERSON
                                A Professional Corporation

                                By:    */s/ Christopher T. Sakauye*
                                      Sharon C. Collier
                                      Christopher T. Sakauye

                                Attorneys for Defendant COSTCO WHOLESALE CORPORATION

**ORDER**

IT IS SO ORDERED.

DATE: 12/28/2020                _____
                                HON. JUDGE HAYWOOD S. GILLIAM, JR.